FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

10/9/2020
CLERK'S OFFICE
AT GREENBELT
BY Y. Barnett, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-19-140 |
| | * | |
| RODNEY BASS, | * | (Conspiracy to Distribute a Controlled |
| | * | Substance, 21 U.S.C. § 846) |
| Defendant | * | |
| | * | |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From on or about 2016 through on or about April 3, 2019, in the District of Maryland, the defendant,

**RODNEY BASS**,

did knowingly combine, conspire, confederate, and agree with persons known and unknown to distribute and possess with the intent to distribute 28 grams or more of a mixture or substance containing detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

_____/MDB_____
ROBERT K. HUR
United States Attorney